UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

BRIAN M. BENNETT

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-300 (GHL)

  Bradford Riendeau, Esq.  
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__ guilty __ nolo contendere as to count(s) _1 as superseded on the record._

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Reckless Driving, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1212 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: April 12, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $300.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $305.00, payable no later than October 15, 2008. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** count 2 of the Information is dismissed on motion of the United States.

  September 10, 2008  
Date of Imposition of Sentence

  _September 25, 2008_  
DATE SIGNED

  _[signature]_  
GEORGE H. LOWE
U.S. MAGISTRATE JUDGE